IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 115-087 |
| | ) | |
| PAMELA DAVIS BLOUNT | ) | |

**IN RE: LEAVE OF ABSENCE**

Application for Leave of Absence has been requested in the above-captioned case by Eric J. Garber for the period of Monday, November 23, 2015, through and including Sunday, November 29, 2015.

The Court **APPROVES** the foregoing request for Leave of Absence.

SO ORDERED this 22nd day of October, 2015, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA