IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 115-087 |
| | ) | |
| PAMELA DAVIS BLOUNT | ) | |

_____

**O R D E R**

_____

Counsel in the above-captioned case have advised the Court that all pretrial motions have been satisfied or otherwise resolved besides Defendant Blount's motions to suppress field sobriety tests and chemical tests. (See doc. no. 26.) Therefore, all other motions besides Defendant Blount's motion to suppress are **MOOT**. (Doc. nos. 14, 24.)

The Court will hold a hearing on the motion to suppress (doc. no. 15), on Tuesday, December 1, 2015, at 10:15 a.m. in Courtroom One, Federal Justice Center, 600 James Brown Boulevard, Augusta, Georgia.

SO ORDERED this 23rd day of November, 2015, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA