IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 115-087 |
| | ) | |
| PAMELA DAVIS BLOUNT | ) | |

## O R D E R

Pending herein is a motion to suppress challenging multiple items of evidence at the center

of the government's case, including for example blood and urine test results, field sobriety tests, and

statements made by Defendant to law enforcement officers. The government opposed the motion

but now has moved to dismiss all charges with prejudice. (Doc. no. 43.) Defendant consents to

dismissal. (Doc. no. 44.)

Under Federal Rule of Criminal Procedure 48(a), the government must obtain leave of court

to dismiss an information. When a defendant consents to the dismissal of a prosecution, a motion

to dismiss should only be denied in an extraordinary case where the court determines that the reasons

driving the prosecutor's decision are "clearly contrary to [the] manifest public interest." United

States v. White, 597 F. Supp.2d 1269, 1278 (M.D. Ala. 2009) (citing United States v. Cowan, 524

F.2d 504, 513 (5th Cir. 1975)[1]). The Court should not substitute its judgment for that of the

---

[1]In Bonner v. City of Prichard, 661 F.2d 1206, 1209 (11th Cir.1981) (*en banc*), the
Eleventh Circuit adopted as binding precedent the decisions of the former Fifth Circuit
rendered prior to October 1, 1981.

prosecutor. See <u>Rinaldi v. United States</u>, 434 U.S. 22, 28-30 (1977) (*per curiam*); <u>Cowan</u>, 524 F.2d at 513; <u>United States v. Brayboy</u>, 806 F. Supp. 1576, 1578-79 (S.D. Fla. 1992).

The Court will not substitute its judgment for that of the prosecutor concerning the appropriateness of continuing to pursue this case, and the Court concludes that nothing in the record suggests the prosecutor's motivation for dismissal is clearly contrary to the manifest public interest. Therefore, pursuant to Federal Rule of Criminal Procedure 48(a), the Court **GRANTS** the government's unopposed motion to dismiss with prejudice. (Doc. no. 44.)

SO ORDERED this 1th day of February, 2016, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE

2